NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JODI A. SCHWENDIMANN,**
*Appellant*

**v.**

**NEENAH, INC.,**
*Appellee*

---

2022-1951, 2022-1952, 2022-1953

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01361, IPR2020-01363, IPR2021-00016.

---

**JUDGMENT**

---

DEVAN V. PADMANABHAN, Padmanabhan & Dawson PLLC, Minneapolis, MN, argued for appellant. Also represented by MICHELLE DAWSON, BRITTA LOFTUS, PAUL J. ROBBENNOLT.

JOSEPH J. RICHETTI, Bryan Cave Leighton Paisner LLP, New York, NY, argued for appellee. Also represented by ALEXANDER DAVID WALDEN; K. LEE MARSHALL, San Francisco, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, STOLL and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 11, 2023
Date

Jarrett B. Perlow
Clerk of Court